47 So.3d 916 (2010)
Juan VAZQUEZ and Zoraima Vazquez, Appellants,
v.
Rafael Marrero ARISTY, Appellee.
No. 3D09-1574.
District Court of Appeal of Florida, Third District.
November 3, 2010.
Robert T. Allen, Paul B. Feltman and Keri Lynda Horvat, Pinecrest, for appellants.
Thomas L. Hunker, Miami, for appellee.
Before RAMIREZ, C.J., GERSTEN and SALTER, JJ.
PER CURIAM.
Affirmed. Plana v. Sainz, 990 So.2d 554 (Fla. 3d DCA 2008).